1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT

For The Northern District of California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 10-55096-SLJ |
|---|---|
| FIRST FINANCIAL LENDER, | Chapter 7 |
| Debtor. | |

| MOHAMED POONJA, Trustee, | Adversary No. 11-5159 SLJ |
|---|---|
| Plaintiff, | No. C 12-5905 CW |
| v. | |
| TERI H. NGUYEN and VINH NGUYEN, | |
| Defendants. | |

**JUDGMENT**

For the reasons stated in the bankruptcy court's Proposed Findings of Fact and Conclusions of Law to Support Entry of Judgment Following Trial, after consideration by the district court and after reviewing de novo by the district court those matters to which the parties have timely and specifically objected, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      Judgment is entered in favor of Mohamed Poonja against co-Defendant Teri Nguyen in the amount of $422,379, together with prejudgment interest at the legal rate

JUDGMENT                                        -1-

pursuant to 28 U.S.C. § 1961(a), calculated from the date the Complaint was filed.

2.    Judgment is entered in favor of co-Defendant Vinh Nguyen.

Dated:   5/16/2013

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

JUDGMENT

-2-